# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE AGUILAR BARRAZA, and<br>JUAN AGUILAR-BARRAZA<br>*aka* Juan Gabriel Aguilar,<br><br>Defendants. | No. CR05-4040-MWB<br><br>**ORDER** |

On May 23, 2005, the plaintiff filed a supplemental brief regarding the defendants' motions to suppress. (Doc. No. 46) Subsequently, the plaintiff filed a motion (Doc. No. 47) for leave to file the supplemental brief out of time. The court notes this practice is in violation of the court's procedures for the electronic filing of motions for leave to file out of time, and **directs** the plaintiff's attorneys to comply with the proper procedures, available from the Clerk of Court, in the future.

That being said, in the interests of justice, the plaintiff's motion is **granted**, and the brief will be considered timely filed.

**IT IS SO ORDERED.**

**DATED** this 23rd day of May, 2005.

PAUL A. ZOSS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT